UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH et al.,

Plaintiffs,

-v-

TEAM CLEAN, INC.,

Defendant.

---

26-CV-4811 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On **June 25, 2026**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **July 24, 2026**, Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Defendant or if they have any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: July 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge