UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

MANNY PASTREICH et al.,

Plaintiffs,

-v-

TEAM CLEAN, INC.,

Defendant.

---------------------------------------------------------------------- X

26-CV-4811 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's July 28, 2026 Order, ECF No. 14, Defendant was required to file a response to the Complaint by July 31, 2026. To date, Defendant has not filed any response. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 7, 2026**. Failure to file a response by that deadline may result in the entry of a default judgment against Defendant. Plaintiffs are directed to serve a copy of this Order on Defendant's counsel, who should enter a notice of appearance as soon as possible.

SO ORDERED.

Dated: August 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge