UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH et al., Plaintiffs, -v- TEAM CLEAN, INC., Defendant. | 26-CV-4811 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 9, 2026 Order, ECF No. 24, the parties were required to file a joint letter, the contents of which are described therein, by November 16, 2026. To date, the parties have not filed that joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 20, 2026**. Failure to file a joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: November 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge